No. 451. RAILWAY EMPLOYES' DEPARTMENT, AMERICAN FEDERATION OF LABOR, ET AL. *v.* HANSON ET AL. Appeal from the Supreme Court of Nebraska. (Probable jurisdiction noted, 350 U. S. 910.) The motion of the National Right to Work Committee for leave to appear and present oral argument, as *amicus curiae*, is denied.

No. 672. BALIAN ICE CREAM CO., INC. ET AL. *v.* ARDEN FARMS CO. ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. The motion for leave to file brief of Dee C. Blythe and Lynell G. Skarda, as *amici curiae*, is denied. The petition for writ of certiorari is denied. *Gordon F. Hampton* for petitioners. *Julian O. von Kalinowski* and *Leonard A. Diether* for respondents.

No. 293, Misc. BILBAO *v.* UNITED STATES;
No. 311, Misc. SHERMAN *v.* UNITED STATES; and
No. 506. GREEN *v.* NEW YORK. Motions for leave to file petitions for writs of certiorari denied.

No. 391, Misc. CHERRY ET AL. *v.* REID, SUPERINTENDENT, DISTRICT OF COLUMBIA JAIL;
No. 497, Misc. MINTON *v.* CRIMINAL DISTRICT COURT REPORTER OF SAN JACINTO COUNTY, TEXAS; and
No. 502, Misc. BUKORSKY *v.* ILLINOIS ET AL. Motions for leave to file petitions for writs of mandamus denied.